IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00281-RBJ

MARK WILSON, LISA MOSS, and
KURTIS BISNETTE

     Plaintiff,

v.

SCHLUMBERGER TECHNOLOGY CORPORATION,

     Defendant.

---

**FINAL JUDGMENT**

---

     In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

     This action was tried before a jury of seven duly sworn to try the issues herein with U.S. District Judge R. Brooke Jackson presiding.  At the conclusion of plaintiff's evidence, the Court granted defendant's motion for judgment as a matter of law as to the claims of plaintiffs Lisa Moss and Kurtis Bisnette but denied the motion as to the claims of plaintiff Mark Wilson.  At the conclusion of all evidence the Court again denied defendant's motion for judgment as a matter of law as to plaintiff Mark Wilson.  Whereupon, following instructions of law, closing argument of counsel, and deliberations, the jury has rendered a verdict.  Accordingly, it is

ORDERED that judgment is entered in favor of the plaintiff, Mark Wilson, and against the defendant, Schlumberger Technology Corporation, in the amount of $39,129.00. It is

FURTHER ORDERED that as the prevailing party the plaintiff is awarded his costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 13th day of October, 2020.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ J Dynes

J DYNES
Deputy Clerk

APPROVED BY THE COURT:
s/ R. Brooke Jackson
United States District Judge