IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00281-RBJ

MARK WILSON, LISA MOSS, and
KURTIS BISNETTE

    Plaintiff,

v.

SCHLUMBERGER TECHNOLOGY CORPORATION,

    Defendant.

---

**AMENDED FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Amended Final Judgment is hereby entered.

This action was tried before a jury of seven duly sworn to try the issues herein with U.S. District Judge R. Brooke Jackson presiding. At the conclusion of plaintiff's evidence, the Court granted defendant's motion for judgment as a matter of law as to the claims of plaintiffs Lisa Moss and Kurtis Bisnette but denied the motion as to the claims of plaintiff Mark Wilson. At the conclusion of all evidence the Court again denied defendant's motion for judgment as a matter of law as to plaintiff Mark Wilson. Whereupon the jury rendered a verdict. In addition, pursuant to the ORDER entered by Judge R. Brooke Jackson on June 7, 2021 [ECF No. 193], it is

ORDERED that judgment is entered in favor of the plaintiff, Mark Wilson, and against the defendant, Schlumberger Technology Corporation, in the amount of $39,129.00. It is

FURTHER ORDERED that as the plaintiff is awarded his costs in the amount of $6,758.50 and attorneys' fees in the amount of $116,599.75. It is

FURTHER ORDERED that prejudgment interest is awarded to the plaintiff as to the total of verdict amount plus attorney's fees at eight percent per annum compounded annually from the date of plaintiff's last pay stub to the date of Amended Final Judgment. It is

FURTHER ORDERED that post-judgment interest is awarded to the plaintiff on the total award at the federal rate of .04% from the date of this judgment to the date the judgment is satisfied.

Dated at Denver, Colorado this 7th day of June, 2021.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/   J Dynes

J DYNES
Deputy Clerk