IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**MARK WILSON, and all others
similarly situated under 29 USC § 216(b)**                                              **PLAINTIFF**

v.                                   NO. 1:17-CV-00281-RBJ

**SCHLUMBERGER TECHNOLOGY
CORPORATION**                                                                              **DEFENDANT**

---

**ORDER GRANTING MOTION FOR STAY OF EXECUTION OF FINAL JUDGMENT
AND FOR APPROVAL OF SUPERSEADEAS BOND**

---

Upon review of the Motion for Stay of Execution of the Final Judgment and for Approval of Supersedeas Bond [Doc. 196] it is hereby

ORDERED, that Schlumberger Technology Corporation's Motion for Stay of Execution of Judgment and for Approval of Supersedeas Bond and is GRANTED. The above-referenced matter is stayed for all purposes pending resolution of post-trial motions and any appeal, and a supersedeas bond in the amount of $235,00.00 is hereby approved.

This 1st day of July, 2021.

By the Court:

_____
R. Brooke Jackson