FILED  
United States Court of Appeals  
Tenth Circuit  

September 11, 2023  

Christopher M. Wolpert  
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

MARK WILSON,

    Plaintiff - Appellee,

v.

SCHLUMBERGER TECHNOLOGY CORPORATION,

    Defendant - Appellant.

No. 21-1231  
(D.C. No. 1:17-CV-00281-RBJ)  
(D. Colo.)

_____

**JUDGMENT**

_____

Before **HARTZ**, **TYMKOVICH**, and **McHUGH**, Circuit Judges.

_____

This case originated in the District of Colorado and was argued by counsel.

The judgment of that court is vacated. The case is remanded to the United States District Court for the District of Colorado for further proceedings in accordance with the opinion of this court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk